IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IESHIA STANLEY,<br><br> *Plaintiff,*<br><br>v.<br><br>UNITED PARCEL SERVICE, INC.<br><br> *Defendant.* | §<br>§<br>§<br>§<br>§ CIVIL ACTION NO.: 1:21-cv-00975-LY<br>§<br>§<br>§<br>§<br>§ |

## JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT

  In accordance with the Court's Scheduling Order and Local Rule CV-88(b), Plaintiff Ieshia Stanley and Defendant United Parcel Service, Inc. ("UPS") submit this Joint Alternative Dispute Resolution Report and respectfully show the following:

  1. The parties have agreed to participate in mediation should informal settlement discussions prove unsuccessful.  The parties have conferred in good faith on this matter and have agreed to select a mutually agreeable mediator should informal settlement prove unsuccessful. The parties will split evenly the cost of mediation.

  2. The person who will be responsible for settlement negotiations on behalf of Plaintiff Stanley is her counsel, John Melton and Michael Balcezak.

  3. The persons who will be responsible for settlement negotiations on behalf of Defendant UPS are its counsel, Shannon B. Schmoyer and Richard Clifton of Schmoyer Reinhard LLP.

Respectfully submitted,

 /s/ *Michael W. Balcezak*
John F. Melton
Michael W. Balcezak
The Melton Law Firm, P.L.L.C.
925 S. Capital of Texas Highway, Suite B225
Austin, Texas 78746
jmelton@jfmeltonlaw.com
michael@jfmeltonlaw.com

**ATTORNEY FOR PLAINTIFF**


*/s/ Richard Clifton*
Shannon B. Schmoyer,
Texas State Bar No. 17780250
sschmoyer@sr-llp.com
Christine E. Reinhard
State Bar No. 24013389
creinhard@sr-llp.com
Richard Clifton
State Bar No. 24103565
rclifton@sr-llp.com
SCHMOYER REINHARD LLP
8000 IH 10 West, Suite 1600
San Antonio, Texas 78230
Phone: (210) 447-8033
Fax: (210) 447-8036

**ATTORNEYS FOR DEFENDANT
UNITED PARCEL SERVICE, INC.**